UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KERI JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16-CV-1412 SNLJ ) |
| FERGUSON-FLORISSANT SCHOOL DST., | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's response to show cause as to the issue of exhaustion in this matter brought pursuant to the Americans with Disabilities Act. Because plaintiff's response indicates that there may be factual issues relative to her attempts to meet the exhaustion requirements, the Court will order that service be effectuated on plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process on plaintiff's complaint, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding pro se and in forma pauperis, the U.S. Marshal shall be responsible for service on defendant, Ferguson-Florissant School District at 1005 Waterford Drive, Florissant, Missouri, 63033.

Dated this 5th day of December, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE